NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL J. FIELDS,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )      Case No. 2D16-737
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____ )

Opinion filed April 20, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco
and Thomas P. Barber, Judges.

Howard L. Dimmig, II, Public Defender,
and Ivy R. Ginsberg, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.